THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRISHA McPHERSON, Appellant.

Submitted August 1, 2005; decided August 25, 2005

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.